UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No.3:06-cr-361-J-12HTS

ARSENIO NICOLAS-ZUNIGA

_____

### ACCEPTANCE OF GUILTY PLEA,
### ADJUDICATION OF GUILT,
### AND NOTICE OF SENTENCING

The Court hereby adopts the Report and Recommendation of the United States
Magistrate Judge (Doc.17), filed October 31, 2006, to which the parties have waived the
ten (10) day objection period.  The plea of guilty of the Defendant to Count One of the
Information is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such
offense.

Sentencing is hereby scheduled for Wednesday, December 13, 2006, at 10:00 a.m.
before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North
Hogan Street, Jacksonville, Florida.

Note: Defense counsel is directed to be in the courtroom 10-15 minutes prior to the
sentencing hearing in order to meet with the interpreter and the Defendant.

**DONE AND ORDERED** this ____22nd____ day of November 2006.


Senior United States District Judge

Copies to:
AUSA (Devereaux)          Division Manager
AFPD (Burke)
U.S. Probation            U.S. Marshal
Davor Zidovec (Interpeter)

2